CASE 94.—ACTION BY THE COMMONWEALTH OF KEN-
        TUCKY ON RELATION OF BEN L. BRUNER SEC-
        RETARY OF STATE AGAINST THE IMPERIAL
        BANK OF OLIVE HILL.—June 8, 1910.

## Imperial Bank of Olive Hill v. Bruner, Secretary of State.

Appeal from Carter Circuit Court.

L. D. LEWIS, Circuit Judge.

From a ·judgment appointing a receiver of de-
fendant it appeals.   Transcript stricken   from the
docket.

Appeal and  Error—Manner  of  Taking  Appeal—Statutes.—To·
    bring a judgment to the Court of Appeals for review under
    Civ. ·Code Prac. section 734, it is necessary that an appeal
    be prayed for either in the court below or in the Court of
    Appeals.

H. J. RICE and H. L. WOODS for appellant.

JAS. BREATHITT attorney general, CHAS. H. MORRIS and
W. SHERMAN BALL for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE BARKER.

In an action instituted for that purpose, the judge
of the Carter circuit court entered an order placing
the appellant, Imperial Bank of Olive Hill, Ky., into
the hands of a receiver.   While the appellant entered
an exception to the order appointing the receiver,
no appeal was prayed either in the court below or in
this court.   In order to bring the judgment of the
circuit court to the Court of Appeals for review, it
is necessary that an appeal be prayed either in the

court below or in this court.  Section 734, Civ. Code Prac.; Wright v. L. & E. R. R. Co., 111 Ky. 690, 64 S. W. 675, 23 Ky. Law Rep. 952.

There being no appeal, the transcript filed by appellant is stricken from the docket.